■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RYAN PORTER, Appellant. [784 NYS2d 415]—Appeal from a judgment of the Monroe County Court (Patricia D. Marks, J.), rendered March 22, 2002. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Porter*, 2 AD3d 1429 [2003], *lv denied* 2 NY3d 744 [2004]). Present—Green, J.P., Hurlbutt, Kehoe, Gorski and Hayes, JJ.

■ In the Matter of MARGARET BAUM-MERCADO, Appellant, v DAVID RENZANETH, Respondent. [784 NYS2d 407]—Appeal from an order of the Family Court, Onondaga County (David G. Klim, J.), entered September 30, 2003. The order denied the petition for an order modifying a previous order awarding sole custody of the parties' child to respondent.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court. Present—Green, J.P., Hurlbutt, Kehoe, Gorski and Hayes, JJ.